**Charles W. Rutter and John L. Lamb, Plaintiffs-Appellees, v. William Basara, Defendant-Appellant.**

**Gen. No. 11,879.**

Second District.
April 29, 1964.

Raphael E. Yalden, of Rockford, for appellant; Burrell & Holtan, of Freeport (R. B. Holtan, of counsel), for appellee. Opinion by JUDGE CARROLL. Not to be published in full.